UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
3810 United States Courthouse
Sixth and Market Streets
Philadelphia, Pennsylvania 19106-1741
E-mail: Chambers_of_Judge_Michael_Baylson@paed.uscourts.gov

*Chambers of*
*Michael M. Baylson*
*United States District Judge*

*Telephone (267) 299-7520*
*Fax (267) 299-5078*

December 11, 2017

Chief Judge D. Brooks Smith
United States Court of Appeals Third Cicuit
Allegheny Professional Center, Suite 203
1798 Plank Road
Duncansville, PA 16635

Re: Barbara Diamond, et al v. Robert Torres et al Civil Action 17-5054

Dear Chief Judge Smith,

    As you know this case has been filed in this district as a related case to Agre v. Wolf Civil Action 17-4392 which is a currently pending.

    I am enclosing a copy of an order I entered on December 7, 2017, granting a stay in this case until January 8, 2018.

    The plaintiffs have requested, and I believe the request is appropriate, that a three Judge Court pursuant to 28 U.S. Code § 2284(a) be convened.

    Assuming you agree, and appoint two other Judges, I intend to recommend that we enter an order requiring a response to the complaint in this case by January 5, 2018 and a Rule 16 status and scheduling conference be scheduled for the week of January 8, 2018.

    This letter will be docketed.

Respectfully,

Michael Baylson