IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BARBARA DIAMOND, *et. al.*,

        Plaintiffs,

v.

ROBERT TORRES, *et. al.*,

        Defendants.

Civil Action No. 5:17-cv-5054-MMB

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby agree to dismiss this action. By agreement of the parties, each side will bear its own costs, fees, and expenses.

Dated: April 9, 2018

Respectfully submitted,

*/s/ Bruce V. Spiva*
Marc Erik Elias
Bruce V. Spiva
Brian Simmonds Marshall
Aria C. Branch
Amanda R. Callais
Alex G. Tischenko
PERKINS COIE, LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
melias@perkinscoie.com
bspiva@perkinscoie.com
bmarshall@perkinscoie.com
abranch@perkinscoie.com
acallais@perkinscoie.com
atischenko@perkinscoie.com

Caitlin M. Foley
PERKINS COIE, LLP
131 South Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Telephone: (312) 324-8400
Facsimile: (312) 324-9400
cfoley@perkinscoie.com

Adam C. Bonin, PA Bar No. 80929
The Law Office of Adam C. Bonin
121 S. Broad Street, Suite 400
Philadelphia, PA 19107
Telephone: (267) 242-5014
Facsimile: (215) 701-2321
adam@boninlaw.com

*Attorneys for Plaintiffs*

*/s/ Mark A. Aronchick*
Mark A. Aronchick
Michele D. Hangley
Claudia De Palma
Ashton R. Lattimore
One Logan Square, 27th Floor
Philadelphia, PA 19103
Telephone: (215) 568-6200
maronchick@hangley.com
mhangley@hangley.com
cdepalma@hangley.com
arl@hangley.com

Gregory G. Schwab
Governor's Office of General Counsel
333 Market Street, 17th Floor
Harrisburg, PA 17101
Telephone: (717) 783-6563
grschwab@pa.gov

Timothy E. Gates, Chief Counsel
Kathleen M. Kotula, Deputy Chief Counsel
Pennsylvania Department of State
Office of Chief Counsel
306 North Office Building
Harrisburg, PA 17120
Telephone: (717) 783-0736
tgates@pa.gov
kkotula@pa.gov

*Attorneys for Defendants, Robert Torres, Acting Secretary of the Commonwealth of Pennsylvania, and Jonathan Marks, Commissioner of the Bureau of Elections, in their official capacities*

| | |
|---|---|
| /s/ Brian S. Paszamant | /s/ Kathleen Gallagher |
| Brian S. Paszamant | Kathleen Gallagher |
| Jason A. Snyderman | Carolyn Batz Mcgee |
| Daniel S. Morris | John E. Hall |
| John P. Wixted | Jason Mclean |
| BLANK ROME LLP | Russell D. Giancola |
| One Logan Square | CIPRIANI & WERNER, P.C. |
| 130 N. 18th Street | 650 Washington Road, Suite 700 |
| Philadelphia, Pennsylvania 19103 | Pittsburgh, Pennsylvania 15228 |
| Telephone: (215) 569-5791 | Telephone: (412) 563-4978 |
| Facsimile: (215) 832-5791 | kgallagher@c-wlaw.com |
| paszamant@blankrome.com | cmcgee@c-wlaw.com |
| snyderman@blankrome.com | jack@jackhallpc.com |
| Morris-D@blankrome.com | jrmclean@c-wlaw.com |
| jwixted@blankrome.com | rgiancola@c-wlaw.com |

*Attorneys for Legislative Defendant Senator Joseph Scarnati III*

*Attorneys for Legislative Defendant Representative Michael Turzai*

| | |
|---|---|
| /s/ Jason Torchinsky | /s/ Patrick T. Lewis |
| Jason Torchinsky | Patrick T. Lewis |
| HOLTZMAN VOGEL JOSEFIAK TORCHINSKY PLLC | BAKER & HOSTETLER LLP |
| | Key Tower |
| 45 North Hill Drive, Suite 100 | 127 Public Square |
| Warrenton, Virginia 20186 | Suite 2000 |
| Telephone: (540) 341-8808 | Cleveland, OH 441144114 |
| Facsimile: (540) 341-8809 | Telephone: (216) 621-0200 |
| jtorchinsky@hvjt.law | plewis@bakerlaw.com |

*Attorney for Legislative Defendant Senator Joseph Scarnati III*

Robert J. Tucker
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
Telephone: (614) 462-2680
rtucker@bakerlaw.com

E. Mark Braden
BAKER & HOSTETLER LLP
Washington Sq Suite 1100
1050 Connecticut Ave Nw
Washington, Dc 20036
Telephone: (202) 861-1500
MBraden@bakerlaw.com

*Attorneys for Legislative Defendant Representative Michael Turzai*

## **CERTIFICATE OF SERVICE**

  I certify that on April 9, 2018, I filed the foregoing with the Clerk of the Court using the ECF System which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

Date:  April 9, 2018

                 */s/ Bruce V. Spiva*
                 Bruce V. Spiva