IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA DIAMOND, *et. al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT TORRES, *et. al.*, <br><br> Defendants. | Civil Action No. 5:17-cv-5054-MMB <br><br> APR 0 9 2018 |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby agree to dismiss this action. By agreement of the parties, each side will bear its own costs, fees, and expenses.

So ORDERED this ___ day of April, 2018.

_____
Michael M. Baylson, USDJ

Dated: April 9, 2018

/s/ *Bruce V. Spiva*
Marc Erik Elias
Bruce V. Spiva
Brian Simmonds Marshall
Aria C. Branch
Amanda R. Callais
Alex G. Tischenko
PERKINS COIE, LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
melias@perkinscoie.com
bspiva@perkinscoie.com
bmarshall@perkinscoie.com
abranch@perkinscoie.com
acallais@perkinscoie.com
atischenko@perkinscoie.com

Caitlin M. Foley
PERKINS COIE, LLP
131 South Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Telephone: (312) 324-8400
Facsimile: (312) 324-9400
cfoley@perkinscoie.com

Adam C. Bonin, PA Bar No. 80929
The Law Office of Adam C. Bonin
121 S. Broad Street, Suite 400
Philadelphia, PA 19107
Telephone: (267) 242-5014
Facsimile: (215) 701-2321
adam@boninlaw.com

*Attorneys for Plaintiffs*

Respectfully submitted,

/s/ *Mark A. Aronchick*
Mark A. Aronchick
Michele D. Hangley
Claudia De Palma
Ashton R. Lattimore
One Logan Square, 27th Floor
Philadelphia, PA 19103
Telephone: (215) 568-6200
maronchick@hangley.com
mhangley@hangley.com
cdepalma@hangley.com
arl@hangley.com

Gregory G. Schwab
Governor's Office of General Counsel
333 Market Street, 17th Floor
Harrisburg, PA 17101
Telephone: (717) 783-6563
grschwab@pa.gov

Timothy E. Gates, Chief Counsel
Kathleen M. Kotula, Deputy Chief Counsel
Pennsylvania Department of State
Office of Chief Counsel
306 North Office Building
Harrisburg, PA 17120
Telephone: (717) 783-0736
tgates@pa.gov
kkotula@pa.gov

*Attorneys for Defendants, Robert Torres, Acting Secretary of the Commonwealth of Pennsylvania, and Jonathan Marks, Commissioner of the Bureau of Elections, in their official capacities*

/s/ Brian S. Paszamant
Brian S. Paszamant
Jason A. Snyderman
Daniel S. Morris
John P. Wixted
BLANK ROME LLP
One Logan Square
130 N. 18th Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-5791
Facsimile: (215) 832-5791
paszamant@blankrome.com
snyderman@blankrome.com
Morris-D@blankrome.com
jwixted@blankrome.com

*Attorneys for Legislative Defendant
Senator Joseph Scarnati III*

/s/ Jason Torchinsky
Jason Torchinsky
HOLTZMAN VOGEL JOSEFIAK
TORCHINSKY PLLC
45 North Hill Drive, Suite 100
Warrenton, Virginia 20186
Telephone: (540) 341-8808
Facsimile: (540) 341-8809
jtorchinsky@hvjt.law

*Attorney for Legislative Defendant
Senator Joseph Scarnati III*

/s/ Kathleen Gallagher
Kathleen Gallagher
Carolyn Batz Mcgee
John E. Hall
Jason Mclean
Russell D. Giancola
CIPRIANI & WERNER, P.C.
650 Washington Road, Suite 700
Pittsburgh, Pennsylvania 15228
Telephone: (412) 563-4978
kgallagher@c-wlaw.com
cmcgee@c-wlaw.com
jack@jackhallpc.com
jrmclean@c-wlaw.com
rgiancola@c-wlaw.com

*Attorneys for Legislative Defendant
Representative Michael Turzai*

/s/ Patrick T. Lewis
Patrick T. Lewis
BAKER & HOSTETLER LLP
Key Tower
127 Public Square
Suite 2000
Cleveland, OH 441144114
Telephone: (216) 621-0200
plewis@bakerlaw.com

Robert J. Tucker
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
Telephone: (614) 462-2680
rtucker@bakerlaw.com

E. Mark Braden
BAKER & HOSTETLER LLP
Washington Sq Suite 1100
1050 Connecticut Ave Nw
Washington, Dc 20036
Telephone: (202) 861-1500
MBraden@bakerlaw.com

*Attorneys for Legislative Defendant
Representative Michael Turzai*

## CERTIFICATE OF SERVICE

I certify that on April 9, 2018, I filed the foregoing with the Clerk of the Court using the ECF System which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

Date: April 9, 2018

*/s/ Bruce V. Spiva*
Bruce V. Spiva